No. D–675. In re Disbarment of Price. It is ordered that Richard Douglas Price, Jr., of Peoria, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–676. In re Disbarment of Server. It is ordered that Richard E. Server, of Danville, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–677. In re Disbarment of Belmont. It is ordered that Gordon L. Belmont, of Homewood, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–678. In re Disbarment of Flume. It is ordered that Richard August Flume, Jr., of San Antonio, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–679. In re Disbarment of Kotsos. It is ordered that Petros A. Kotsos, of Glenview, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–680. In re Disbarment of Malone. It is ordered that E. Clayton Malone, of Livingston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–681. In re Disbarment of Feldman. It is ordered that Jeffrey Stuart Feldman, of Livingston, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.